Case: 3:07-cv-00546-bbc Document #: 3 Filed: 10/02/07 Page 1 of 1

Document Number 003
Case Number 07-C-0546-S
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
10/02/2007 09:10:34 AM CDT

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

GEORGE COOPER,

        Plaintiff,

                                   ORDER

v.                                07-C-546-S

BANK OF AMERICA CORPORATION,
CARLOS PENA, NATASHA and MR. WOLF,

        Defendants.
_____

       The undersigned recuses himself in the above entitled matter.

       Entered this 2nd day of October, 2007.

                                    /s/

                          _____
                          JOHN C. SHABAZ
                          District Judge